MICHAEL BAILEY
United States Attorney
District of Arizona
ROBERT A. FELLRATH
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: robert.fellrath@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

FEB 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 20-08456M(DTF) |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES WITHOUT TAKING VIDEO DEPOSITION |
| Juan Antonio Corella, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

1. Raul Bonifacio-Mauricio, Gustavo Gonzalez-Soriano, and Juventino Rojas-Cuchillo (hereinafter referred to as "material witnesses"), are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

2. The material witnesses entered the United States illegally on or about January 8, 2020;

3. The material witnesses were transported in the vehicle where defendant Juan Antonio Corella was the driver;

4. The parties also jointly agree that as a result of this stipulation, the material witnesses will be returned to their country of origin and thus unavailable as defined in Fed. R. Evid. 804;

5. Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witnesses

1  contained in the disclosure, and such testimony shall be admitted as substantive evidence
2  in any hearing or trial in the above captioned matter.
3        Based on the foregoing, the parties jointly move for the release of the above-named
4  material witnesses to the Department of Homeland Security for return to their country of
5  origin.

      MICHAEL BAILEY
      United States Attorney
      District of Arizona

      ROBERT A. FELLRATH
      Assistant U.S. Attorney

I translated or caused to be translated this agreement from English into Spanish to the defendant on the 4th day of February, 2020.

Jessica Holly Turk, Esq.
Attorney for Defendant

I understand and agree to the terms of this stipulation.

Juan Antonio Corella
Defendant